LINER GRODE STEIN YANKELEVITZ SUNSHINE
REGENSTREIF & TAYLOR LLP
Angela C. Agrusa (State Bar No. 131337)
Email: aagrusa@linerlaw.com
Lori L. Werderitch (State Bar No. 247345)
Email: lwerderitch@linerlaw.com
1100 Glendon Avenue 14th Floor
Los Angeles, CA 90024
Tel: 310-500-3500; Fax: 310-500-3501

McNICHOLAS & McNICHOLAS, LLP
Patrick McNicholas (State Bar No. 125868)
Email: pmc@mcnicholaslaw.com
Catherine B. Schmidt (State Bar No. 212827)
Email: cbs@mcnicholaslaw.com
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-4338
Tel: 310- 474-1582; Fax: 310-475-7871

Attorneys for Plaintiffs
The Dominic Corea Limited
Partnership d/b/a Roma D'Italia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DOMINIC COREA LIMITED PARTNERSHIP d/b/a ROMA D' ITALIA, and all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>ILD TELECOMMUNICATIONS, INC., a Delaware Corporation, d/b/a ILD TELESERVICES, INC.; ADVANCED BUSINESS SERVICES, LLC, a Utah limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV 09-7433-GHK-CT<br><br>Honorable George H. King,<br>Courtroom 650<br><br>**STIPULATION TO ENLARGE TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br><br>Complaint Filed: 05/15/09 |

Plaintiff The Dominic Corea Limited Partnership d/b/a Roma D'Italia, and Defendant ILD

Telecommunications, Inc., d/b/a ILD Teleservices, Inc. ("Defendant ILD"), and Defendant

---

1

Stipulation to Enlarge Time to File Motion for Class Certification

Advanced Business Services, LLC ("Defendant ABS") by and through their attorneys of record hereby stipulate as follows:

WHEREAS, on September 4, 2009, Plaintiff filed this case in the Superior Court of California, County of Los Angeles;

WHEREAS, on September 14, 2009, Defendant ILD acknowledged service of the Complaint;

WHEREAS, on October 14, 2009, Defendant ILD filed a Notice of Removal;

WHEREAS, on October 15, 2009, Plaintiff served Defendant ABS;

WHEREAS, on October 21, 2009, Defendant ILD filed its Answer and Affirmative Defenses of Defendant ILD Telecommunications, Inc.;

WHEREAS, on October 29, 2009, the Court set a scheduling conference for Monday, January 11, 2010, at 1:30 p.m.;

WHEREAS, on November 30, 2009, Defendant ABS filed its Answer And Affirmative Defenses Of Defendant Advanced Business Services, LLC To Plaintiff's Complaint;

WHEREAS, United States District Court Central District of California Local Rule 23-3 states: "Within 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995, P.L. 104-67, 15 U.S.C. § 77z-1 et seq., the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court.";

WHEREAS, Plaintiff's motion for class certification is currently due December 14, 2009;

WHEREAS, the parties have met and conferred regarding Plaintiff's request to enlarge the time to file their motion for class certification;

/ / /

IT IS HEREBY STIPULATED that Plaintiff's time to move for class certification shall be enlarged to four months following the execution of any necessary protective order and/or confidentiality agreements in this action.

IT IS HEREBY FURTHER STIPULATED THAT during the four-month period following the execution of any necessary protective order and/or confidentiality agreements in this action the parties will conduct discovery limited to class certification issues.

IT IS HEREBY FURTHER STIPULATED that all parties reserve their rights to request additional time to conduct class certification, upon a showing of good cause.

Dated: December 8, 2009

MCNICHOLAS & MCNICHOLAS, LLP, in association with LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR, LLP

/S/ Patrick McNicholas
Patrick McNicholas
Catherine B. Schmidt
Attorneys for Plaintiffs
The Dominic Corea Limited Partnership d/b/a Roma D'Italia

Dated: December 8, 2009

THE LUSTIGMAN FIRM, P.C. in association with BENSINGER, RITT, TAI & THVEDT

/S/ Andrew B. Lustigman
Andrew B. Lustigman
Jill L. Abitbol
Attorneys for Defendant
Advanced Business Services, LLC

Dated: December 8, 2009

BURR & FORMAN LLP, in association with WILDMAN, HARROLD, ALLEN & DIXON LLP

/S/ Gregory F. Harley
Gregory F. Harley
Attorneys for Defendant
ILD Telecommunications, Inc.