LINER GRODE STEIN YANKELEVITZ SUNSHINE
REGENSTREIF & TAYLOR LLP
Angela C. Agrusa (State Bar No. 131337)
Email: aagrusa@linerlaw.com
Lori L. Werderitch (State Bar No. 247345)
Email: lwerderitch@linerlaw.com
1100 Glendon Avenue 14th Floor
Los Angeles, CA 90024
Tel: 310-500-3500; Fax: 310-500-3501

McNICHOLAS & McNICHOLAS, LLP
Patrick McNicholas (State Bar No. 125868)
Email: pmc@mcnicholaslaw.com
Catherine B. Schmidt (State Bar No. 212827)
Email: cbs@mcnicholaslaw.com
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-4338
Tel: 310-474-1582; Fax: 310-475-7871

Attorneys for Plaintiffs
The Dominic Corea Limited
Partnership d/b/a Roma D'Italia

FILED
CLERK, U.S. DISTRICT COURT
DEC 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DOMINIC COREA LIMITED PARTNERSHIP d/b/a ROMA D' ITALIA, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ILD TELECOMMUNICATIONS, INC., a Delaware Corporation, d/b/a ILD TELESERVICES, INC.; ADVANCED BUSINESS SERVICES, LLC, a Utah limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 09-7433-GHK (CTx)<br><br>Honorable George H. King, Courtroom 650<br><br>[PROPOSED] ORDER TO ENLARGE TIME TO FILE MOTION FOR CLASS CERTIFICATION<br><br><br><br>Complaint Filed: 05/15/09 |

The parties in this action, having stipulated to enlarge the time for the class certification briefing deadlines,

---
1
[Proposed] Order to Enlarge Time to File Motion for Class Certification

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to the parties' stipulation, Federal Rule of Civil Procedure 6(b), this Court's Standing Order, and United States District Court Central District of California Local Rule 23-3, Plaintiffs' motion for class certification, ~~originally due on December 14, 2009, must be filed and served once the parties have had the opportunity to conduct class certification discovery which shall run for four months from the time any necessary protective orders and/or confidentiality agreements have been fully executed. Any additional enlargements of time to file the motion to class certification must be approved by the Court upon a showing of good cause.~~ shall be due at a time to be set at the scheduling conference in this case.

IT IS SO ORDERED.

Dated: December 14, 2009

George H. King
U.S. DISTRICT JUDGE