UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-7433-GHK(CTx) | Date | JANUARY 11, 2010 |
|---|---|---|---|
| Title | THE DOMINIC COREA LIMITED PARTNERSHIP, et al. vs. ILD TELECOMMUNICATIONS INC., et al. | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| PATRICK McNICHOLAS | GREGORY F. HARLEY (ILD) |
| LORI L. WERDERITCH | ANDREW B. LUSTINGMAN (ABS) |

**Proceedings:**      **(IN CHAMBERS) SCHEDULING CONFERENCE AND ORDER**

Court conducts scheduling conference with counsel, and enters the following scheduling order:

1. Any stipulation/motion to amend as to any claims, defenses and/or parties shall be lodged/filed by no later than February 16, 2010, failing which it shall be deemed that party's waiver of any such amendments in this case.

2. All fact discovery shall be COMPLETED by no later than July 14, 2010. Completion means that any requested discovery that is not received in hand by the requesting party by the Completion date shall be denied.

3. The parties shall designate their expert witnesses, and make the required disclosures, by no later than June 3, 2010, and do likewise for any rebuttal expert witnesses by no later than July 6, 2010.

4. All expert discovery shall be COMPLETED by no later than August 6, 2010.

5. Any motion for class certification shall be filed in full compliance with the Local Rules by no later than April 5, 2010, failing which it shall be deemed plaintiff's consent to proceeding as an individual action only.

6. The parties shall comply with Local Rule 16-15 by no later than August 16, 2010. Within 21 days hereof, counsel shall file a joint status report setting forth the method of settlement that they ask the court to approve.

7. Any motion for summary judgment shall be filed in compliance with the Local Rules, as well as our Order Re: Summary Judgment Motions issued concurrently herewith, by no later than September 17, 2010, and noticed for hearing thereafter regularly under the Local Rules. Any untimely or non-conforming motion shall be denied.

8. The court will set pre-trial conference and trial dates, if necessary, after resolution of the summary judgment motion.

**IT IS SO ORDERED.**

|  | : | 13 |
|---|---|---|
| Initials of Preparer | | Bea |