LINER GRODE STEIN YANKELEVITZ SUNSHINE
REGENSTREIF & TAYLOR LLP
Angela C. Agrusa (State Bar No. 131337)
Email: aagrusa@linerlaw.com
Lori L. Werderitch (State Bar No. 247345)
Email: lwerderitch@linerlaw.com
1100 Glendon Avenue 14th Floor
Los Angeles, CA 90024
Tel: 310-500-3500; Fax: 310-500-3501

McNICHOLAS & McNICHOLAS, LLP
Patrick McNicholas (State Bar No. 125868)
Email: pmc@mcnicholaslaw.com
Catherine B. Schmidt (State Bar No. 212827)
Email: cbs@mcnicholaslaw.com
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-4338
Tel: 310- 474-1582; Fax: 310-475-7871

LAW OFFICES OF MICHAEL J. JAURIGUE
Anthony David Sbardellati (State Bar No. 246431)
Email: anthony@loomj.com
411 N Central Ave Ste 310
Glendale, CA 91203
Tel: 818-432-3273; Fax: 888-879-1697

Attorneys for Plaintiff The Dominic Corea Limited Partnership
d/b/a Roma D'Italia

[additional counsel next page]

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DOMINIC COREA LIMITED PARTNERSHIP d/b/a ROMA D' ITALIA, and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ILD TELECOMMUNICATIONS, INC., a Delaware Corporation, d/b/a ILD TELESERVICES, INC.; ADVANCED BUSINESS SERVICES, LLC, a Utah limited liability company; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV 09-7433-GHK-CT<br><br>Honorable George H. King, Courtroom 650<br><br>**NOTICE OF SETTLEMENT PROCEDURE SELECTION PURSUANT TO LOCAL RULE 16-15.2** |

WILDMAN, HARROLD, ALLEN & DIXON LLP
Clinton J. McCord (State Bar No. 204749)
Email: mccord@wildman.com
9665 Wilshire Blvd., Suite 200
Beverly Hills, CA 90036-5013
Tel: 310-860-8715; Fax: 310-860-3815

BURR & FORMAN, LLP
Gregory F. Harley (Pro Hac)
Email: GHarley@Burr.com
171 Seventeenth St., NW, Suit 1100
Atlanta GA 30363
Tel: 404-685-4243; Fax: 404-214-7390

Attorneys for Defendant ILD Telecommunications, Inc.


THE LUSTIGMAN FIRM, P.C.
Andrew B. Lustigman (pro hac)
Email: andy@lustigmanfirm.com
Jill L. Abitbol (NY Registration No. 2820538)
Email: jill@lustigmanfirm.com
149 Madison Avenue, Suite 805
New York, New York 10016
Tel: 212-683-9180; Fax: 212-683-9181

BENSINGER, RITT, TAI & THVEDT
A Limited Liability Partnership
D. Jay Ritt (State Bar No. 138661)
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Tel: 626-685-2550; Fax: 626-685-2562

Attorneys for Defendant Advanced Business
Services, LLC

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND TO THE HONORABLE COURT:

Pursuant to United States District Court, Central District of California Local Rule 16-15.2 and paragraph 6 of the Court's Scheduling Order entered on January 11, 2010 ("Scheduling Order"), plaintiff The Dominic Corea Limited Partnership d/b/a Roma D'Italia ("Plaintiff"), defendant ILD Telecommunications, Inc., d/b/a ILD Teleservices, Inc. ("ILD"), and defendant Advanced Business Services, LLC ("ABS") (collectively, the "Parties") hereby submit this Notice of Settlement Procedure Selection regarding the method of settlement the Parties respectfully submit for Court approval. All Parties are amenable to mediation. Plaintiff proposes that the Parties participate in a non-judicial dispute resolution proceeding and has offered to provide ILD and ABS a list of proposed private mediators. ILD and ABS declined Plaintiff's offer and instead propose to appear before the Court's selection of a magistrate judge.

Dated: January 29, 2010

MCNICHOLAS & MCNICHOLAS, LLP, in association with LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR, LLP and THE LAW OFFICES OF MICHAEL J. JAURIGUE

Patrick McNicholas
Catherine B. Schmidt
Attorneys for Plaintiff
The Dominic Corea Limited Partnership d/b/a Roma D'Italia

Dated: January 27, 2010

BURR & FORMAN LLP, in association with WILDMAN, HARROLD, ALLEN & DIXON LLP

Gregory F. Harley
Attorneys for Defendant
ILD Telecommunications, Inc.

[signatures continued next page]

Dated: January 29, 2010

THE LUSTIGMAN FIRM, P.C. in association
with BENSINGER, RITT, TAI & THVEDT

Andrew B. Lustigman
Jill L. Abitbol
Attorneys for Defendant
Advanced Business Services, LLC