LINER GRODE STEIN YANKELEVITZ SUNSHINE
REGENSTREIF & TAYLOR LLP
Angela C. Agrusa (State Bar No. 131337)
Email: aagrusa@linerlaw.com
Lori L. Werderitch (State Bar No. 247345)
Email: lwerderitch@linerlaw.com
1100 Glendon Avenue 14th Floor
Los Angeles, CA 90024
Tel: 310-500-3500; Fax: 310-500-3501

McNICHOLAS & McNICHOLAS, LLP
Patrick McNicholas (State Bar No. 125868)
Email: pmc@mcnicholaslaw.com
Catherine B. Schmidt (State Bar No. 212827)
Email: cbs@mcnicholaslaw.com
10866 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-4338
Tel: 310- 474-1582; Fax: 310-475-7871

LAW OFFICES OF MICHAEL J. JAURIGUE
Anthony David Sbardellati (State Bar No. 246431)
Email: anthony@loomj.com
411 N Central Ave Ste 310
Glendale, CA 91203
Tel: 818-432-3273; Fax: 888-879-1697

Attorneys for Plaintiff The Dominic Corea Limited Partnership
d/b/a Roma D'Italia

[additional counsel next page]

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE DOMINIC COREA LIMITED PARTNERSHIP d/b/a ROMA D' ITALIA, and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ILD TELECOMMUNICATIONS, INC., a Delaware Corporation, d/b/a ILD TELESERVICES, INC.; ADVANCED BUSINESS SERVICES, LLC, a Utah limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 2:09-07433-GHK-CT<br><br>Honorable George H. King, Courtroom 650<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

WILDMAN, HARROLD, ALLEN & DIXON LLP
Clinton J. McCord (State Bar No. 204749)
Email: mccord@wildman.com
9665 Wilshire Blvd., Suite 200
Beverly Hills, CA 90036-5013
Tel: 310-860-8715; Fax: 310-860-3815

BURR & FORMAN, LLP
Gregory F. Harley (Pro Hac)
Email: GHarley@Burr.com
171 Seventeenth St., NW, Suit 1100
Atlanta GA 30363
Tel: 404-685-4243; Fax: 404-214-7390

Attorneys for Defendant ILD Telecommunications, Inc.


THE LUSTIGMAN FIRM, P.C.
Andrew B. Lustigman (pro hac)
Email: andy@lustigmanfirm.com
149 Madison Avenue, Suite 805
New York, New York 10016
Tel: 212-683-9180; Fax: 212-683-9181

BENSINGER, RITT, TAI & THVEDT
A Limited Liability Partnership
D. Jay Ritt (State Bar No. 138661)
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Tel: 626-685-2550; Fax: 626-685-2562

Attorneys for Defendant Advanced Business Services, LLC

Plaintiff The Dominic Corea Limited Partnership d/b/a Roma D'Italia ("Plaintiff"), defendant ILD Telecommunications, Inc., d/b/a ILD Teleservices, Inc. ("ILD"), and defendant Advanced Business Services, LLC ("ABS") (collectively, the "Defendants"), by and through their respective counsel hereby stipulate as follows:

WHEREAS, Plaintiff filed its Class Action Complaint on September 4, 2009 in the Superior Court of California, County of Los Angeles;

WHEREAS, ILD filed its Notice of Removal on October 14, 2009 in the United States District Court for the Central District of California;

WHEREAS, ILD filed its Answer to the Class Action Complaint on October 21, 2009;

WHEREAS, ABS filed its Answer to the Class Action Complaint on November 30, 2009;

WHEREAS, pursuant to paragraph 1 of the Court's Scheduling Order entered on January 11, 2010, all stipulations to amend the pleadings in this action may be filed no later than February 16, 2010;

IT IS HEREBY STIPULATED by and between the parties in this action, through their respective counsel of record, that the First Amended Class Action Complaint, attached hereto as Exhibit "A," may be filed in the above-captioned matter.

//
//
//
//
//
//
//

IT IS FURTHER STIPULATED by and between the parties that Defendants shall have twenty days to respond to the First Amended Class Action Complaint from the date the Court enters the order approving this stipulation.

Dated: February 11, 2010

MCNICHOLAS & MCNICHOLAS, LLP, in association with LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR, LLP and THE LAW OFFICES OF MICHAEL J. JAURIGUE

/s/ Angela C. Agrusa
Patrick McNicholas
Catherine B. Schmidt
Attorneys for Plaintiff
The Dominic Corea Limited Partnership d/b/a Roma D'Italia

Dated: February 11, 2010

BURR & FORMAN LLP, in association with WILDMAN, HARROLD, ALLEN & DIXON LLP

/s/ Gregory F. Harley
Gregory F. Harley
Attorneys for Defendant
ILD Telecommunications, Inc.

Dated: February 11, 2010

THE LUSTIGMAN FIRM, P.C. in association with BENSINGER, RITT, TAI & THVEDT

/s/ Andrew B. Lustigman
Andrew B. Lustigman
Attorneys for Defendant
Advanced Business Services, LLC